NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 11 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MELISSA B. LEE,

          Plaintiff - Appellant,

v.

CAROLYN W. COLVIN,
**Commissioner of Social Security,**

          Defendant - Appellee.

No. 13-17372

D.C. No. 2:13-cv-00152-DGC

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
David G. Campbell, District Judge, Presiding

Submitted January 7, 2016[**]
San Francisco, California

Before:    **WALLACE** and **KOZINSKI**, Circuit Judges, and **WHALEY**,[***]
Senior District Judge.

**AFFIRMED** for the reasons stated by the district court.

---

   [*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

   [**] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

   [***] The Honorable Robert H. Whaley, Senior District Judge for the U.S. District Court for the Eastern District of Washington, sitting by designation.